**Order entered July 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00478-CV

### SHERRY BEARD, ET AL., Appellants

### V.

### MCGREGOR BANCSHARES, INC., ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04466**

## ORDER

Before the Court is appellants' July 20, 2021 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **August 27, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE